# Affadivit in Support

STATE OF ILLINOIS ) AFFADAVIT
) OF BRYAN
COUNTY OF KANKAKEE ) ROSSI

I, Bryan Rossi, being duly sworn, deposes as follows:

1. I am presently being detained in a facility that is not providing COVID-19 virus testing to incoming inmates, current inmates nor staff.

2. Small numbers of inmates have exhibited symptoms similar to those identified as those that occur in COVID-19 patients, namely temperatues that are low grade fevers. Again, these inmates have not received testing.

3. Myself and approximately 60 other inmates reside in an open area. All inmates that reside in this area sharing 8 phones, 4 toliets, 8 sinks and extremely limited access to adequate cleaning supplies.

2

4. The areas of personal hygeine are in frequent states of disrepair. At any given moment, at least 2 showers are not operable and 1 sink is backed up, a festering pool of germs and bacteria. Additionally, there is rarely hot water to properly care of one's hygeine.

5. Preventative care is apparently at the sole discretion of the Correctional Officers, and rarely do they choose to take care of this task; especially wiping down the comunal telephones.

6. It is physically impossible at any given time to practice social distancing, a key tennant of COVID-19 prevention. The telephones, tables, bunks and personal hygeine facilities are never more than 3 feet apart.

7. Staff at Jerome Combs Detention Center (JCDC) do not follow their own COVID-19 preventative measures, this includes not wearing their face masks at all times. Additionally staff will not change their gloves, especially the nurses who distribute medication.

8. Inmates are not provided with face masks nor are they given access to hand sanitizer, alcohol wipes for cleaning hair clippers and a variety of germ and bacteria killing tools to help prevent COVID-19.

9. It is apparent that staff are not provided adequate training to deal with eliminating the spread of the virus, or are knowingly not following procedures.

Pursuant to 28 U.S.C. § 1746, I certify that under penalty of perjury, the foregoing is true and correct.

Date: 5-11-20      By: B. A. R.
                        Bryan A. Rossi

## Affidavit in Support

STATE OF ILLINOIS )
) AFFIDAVIT OF
COUNTY OF KANKAKEE ) CALVIN CARTER

I, Calvin CARTER, being first duly sworn, deposes as follows:

1. I am currently housed at a facility that does not test newly recieved inmates, current Inmates, and or Staff for the Covid-19 Virus.

2. A small number of inmates and Staff at the facility where I am housed have been Identified as having Systems related to Covid-19 Exposure.

3. I live in a Communal enviornment where I eat, sleep, share restrooms and showers with 64 other inmates in extremely tight quarters.

4. Toilets and showers and sinks are in constant disrepair, and daily Sanitation of those areas are extremely poor. There is no hot water in the bathroom and several sinks are continuously full of used standing water.

5. We lack the necessary hygiene and Sanitation materials to practice proper prevention care.

(2)

6. My Current living area does not allow other inmates or myself to practice proper "Social Distancing" which is the best defense in Covid-19 prevention.

7. I am housed in a crowded dorm in extremely close proximity to other inmates. All of the bunks are spaced less than four feet apart and the tables where we eat seat 4 inmates. These tables are only 4 feet by 4 feet, and spaced less than 4 feet apart.

8. The institution staff don't adhere to their own Covid-19 safety policies. The officers are continuously removing there masks and not wearing gloves. Also this housing unit was subjected to two "unit Shake Downs" by 15 to 16 different officers. One shakedown consisted of a strip search and pat down where officers did not change there gloves after each search. This was a potential threat for cross contamination or transmission of the Virus. The Shake Downs took place on April 9th and 10th, 2020.

9. This facility is Ill-equipped and not properly staffed to effectively test for COVID-19 and or adequately handle any contagious disease outbreak.

Pursuant to 28 U.S.C § 1746, certify under penalty of perjury that the foregoing is true and correct.

Date: 5-10-00                            by: Calvin Carter
                                              Calvin Carter

STATE OF ILLINOIS ) Affidavit in Support
) AFFIDAVIT OF
COUNTY OF KANKAKEE ) WILLIE SMITH

I, Willie Smith, being first duly sworn, deposes as follows:

1. The housing unit that I am housed on do not have hot water in the restroom where the inmates have to take care of their personal hygiene.

2. There is no room for social distancing in the current pandemic of the covid-19 era.

3. The staff members do not sanitize our living area which include our sleeping area, eating area as well as our dayroom area.

4. We do not have the required 6 feet space that will help prevent the spread of covid-19.

5. I have been here at JCDC since Dec 20 2019 and have never been tested for covid-19.

6. The staff here do not take this covid-19 serious because they take their mask off around us as well as wear their shakedown gloves and touch the same things us detainees touch.

Pursuant to 28 U.S.C §1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/11/2020

By: Willie Smith

STATE OF ILLINOIS )
) AFFIDAVIT OF
COUNTY OF KANKAKEE ) VICTOR YOUNG

I, <u>VICTOR YOUNG</u>, being first duly sworn, deposes as follows:

1. We are not allowed to social distance in C-Dormitory where I am housed.

2. Staff does not disinfect and clean table, chairs, phones and kiosk where I am housed.

3. No running hot water in restroom.

4. Staff is not equipped with and does not wear PPE.

5. Inmates are not given proper cleaning supplies or hand sanitizer.

6. Dormitory floors are never mopped, cleaned or sanitized.

7. Staff touching inmates personal property without changing disposable gloves.


2:20-cv-02130-JES   # 2   Page 9 of 9

8. Staff do not keep their mask on. Often talk to staff in open dorm without wearing mask. Also talk to inmates without mask.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 5-11-2020          By: _____
                              Victor Young